

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00121-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Rodolfo **CANALES**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00191-CVK
Honorable Walden Shelton, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying the Texas Department of Transportation's motion to dismiss for lack of jurisdiction is AFFIRMED. It is ORDERED that Appellee Rodolfo Canales recover his costs on appeal from Appellant Texas Department of Transportation.

SIGNED January 8, 2020.

_____
Irene Rios, Justice